**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CRÉDITO REAL S.A.B. DE C.V. SOFOM, E.N.R.,<br><br>Debtor in a Foreign Proceeding. | Chapter 11<br><br>Bankr. No. 25-10208 (TMH) |
| UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION,<br><br>Appellant,<br><br>v.<br><br>CRÉDITO REAL S.A.B. DE C.V., SOFOM, E.N.R., *et al.*<br><br>Appellees. | Civ. No. 25-371 (CFC) |

# NOTICE OF APPEAL

Notice is hereby given that United States International Development Finance Corporation (DFC) appeals to the United States Court of Appeals for the Third Circuit from the Opinion and Order entered on March 31, 2026 (D.I. 30, 31), affirming the Bankruptcy Court's *Order Granting (I) Recognition of Foreign Main Proceeding, (II) Full Force and Effect to Concurso Plan and Certain Related Relief* (Bankr. D.I. 51), and all other orders, decisions, and opinions subsumed therein.

The names of the parties to the order appealed from and the names of their respective counsel are as follows.

**Appellant(s)**

United States International Development Finance Corporation

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

**MORRISON & FOERSTER LLP**
Benjamin Butterfield
(admitted *pro hac vice*)
Theresa Foudy
(admitted *pro hac vice*)
Darren Smolarski
(admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: bbutterfield@mofo.com
tfoudy@mofo.com
dsmolarski@mofo.com

**Appellee(s)**

Crédito Real S.A.B. de C.V., SOFOM, E.N.R.
*Debtor*
Robert Wagstaff
*Foreign Representative*

**RICHARDS, LAYTON & FINGER P.A.**
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Amanda Steele (No. 5530)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: collins@rlf.com
knight@rlf.com
steele@rlf.com

**WHITE & CASE LLP**
John K. Cunningham
(admitted *pro hac vice*)
Richard S. Kebrdle
(admitted *pro hac vice*)
Claire M. Campbell
(admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jcunningham@whitecase.com
rkebrdle@whitecase.com
claire.campbell@whitecase.com

**WHITE & CASE LLP**
Jason N. Zakia
(admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: jzakia@whitecase.com

**Appellee(s)**

Technical Committee

**POTTER ANDERSON & CORROON LLP**
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Gregory J. Flasser (No. 6154)
James R. Risener III (No. 7334)
Shannon A. Forshay (No. 7293)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
kgood@potteranderson.com
gflasser@potteranderson.com
jrisener@potteranderson.com
sforshay@potteranderson.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
David H. Botter
(admitted *pro hac vice*)
Luke A. Barefoot
(admitted *pro hac vice*)
Carina S. Wallance
(admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: dbotter@cgsh.com
lbarefoot@cgsh.com
cwallance@cgsh.com

Concurrent with this notice, DFC has remitted payment of the filing fee ($5.00) and the docketing fee ($600.00) as required by 28 U.S.C. § 1917, Federal Rule of Appellate Procedure 3(e), and the fee schedules of the District of Delaware and the Third Circuit.

Dated: May 29, 2026

*/s/ Kevin M. Capuzzi*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

**MORRISON & FOERSTER LLP**
Benjamin Butterfield
(admitted *pro hac vice*)
Theresa Foudy
(admitted *pro hac vice*)
Darren Smolarski
(admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: bbutterfield@mofo.com
tfoudy@mofo.com
dsmolarski@mofo.com

*Counsel for Appellant DFC*