# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: In Re: Credito Real, S.A.B. de C.V., SOFOM, E.N.R.

USCA NO.: 26-2356

LOWER COURT or AGENCY and DOCKET NUMBER:
1:25-cv-00371-CFC (D. Del.); 25-10208-TMH (D. Del. Bankr.)

NAME OF JUDGE: District Court: Hon. Colm F. Connolly; Bankruptcy Court: Hon. Thomas M. Horan

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

(1) Chapter 15 bankruptcy action;
(2) United States International Development Finance Corporation (DFC) is the appellant; Crédito Real S.A.B. de C.V., SOFOM, E.N.R. (foreign debtor), Robert Wagstaff (foreign representative), and Technical Committee are the appellees;
(3) The relief involved is enforcement of a foreign bankruptcy plan;
(4) DFC appeals the the district court's opinion and order, dated March 31, 2026, (D.I. 30, 31), affirming the bankruptcy court's Order Granting (I) Recognition of Foreign Main Proceeding, (II) Full Force and Effect to Concurso Plan and Certain Related Relief, (Bankr. D.I. 51) (the "Recognition Order").

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

District court order affirming the bankruptcy court's Recognition Order, D.I. 31 (Exhibit A);
District court opinion affirming the bankruptcy court's Recognition Order, D.I. 30 (Exhibit B);
Bankruptcy court's Recognition Order, Bankr. D.I. 51 (Exhibit C);
Bankruptcy court opinion, Bankr. D.I. 69. (Exhibit D).

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

Debtor Crédito Real was one of the largest non-bank financial lending institutions in Mexico. DFC is the United States' development finance institution and an agency of the United States of America. Crédito Real is indebted to DFC under a finance agreement in the principal amount of roughly $96 million plus accrued fees and interest.

Amid allegations of fraud and wrongdoing, Crédito Real entered into bankruptcy proceedings in Mexico. Over DFC's objections and without DFC voting in favor of the plan, a Mexican court entered judgment approving a bankruptcy plan (the "Concurso Plan") under Mexican law. That plan contained a provision that appears to broadly release third-party claims, including for fraud and intentional wrongdoing, against certain non-debtor parties. DFC has appealed the order approving the Concurso Plan in Mexico; that appeal is currently pending.

The foreign representative for Crédito Real sought recognition and enforcement of the Concurso Plan in the United States, filing a Chapter 15 bankruptcy petition in Delaware Bankruptcy Court under section 1517 of the Bankruptcy Code. DFC objected to entry of an enforcement order, arguing that (1) chapter 15 does not authorize non-consensual third-party releases, and (2) enforcement was manifestly contrary to public policy. The Bankruptcy Court overruled DFC's objections and entered an order recognizing and enforcing the Concurso Plan, including the third-party release. DFC appealed to the district court, which upheld the bankruptcy court's order.

Identify the issues to be raised on appeal:

Whether the District Court erred in holding that the Bankruptcy Court could enforce under Chapter 15 of the Bankruptcy Code a non-consensual release of direct claims (including for fraud and intentional wrongdoing) held by third parties against non-debtors.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this _22nd_ day of _June_ ,20_26_ .

## /s/ Joseph R. Palmore

Signature of Counsel

Rev. 07/2015