**No. 26-2356**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

IN RE: CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R.,
*Debtor in a Foreign Proceeding.*

UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION,
*Appellant,*
v.

CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R.; ROBERT WAGSTAFF, Foreign Representative; AD HOC GROUP; TECHNICAL COMMITTEE,
*Appellees.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE,
No. 1:25-cv-00371-CFC, Hon. Colm F. Connolly**

# JOINDER OF CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R. AND THE FOREIGN REPRESENTATIVE TO THE TECHNICAL COMMITTEE'S OBJECTION TO MOTION TO HOLD APPEAL IN ABEYANCE

WHITE & CASE LLP
John K. Cunningham
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200

WHITE & CASE LLP
Jason N. Zakia
300 N. LaSalle Drive
Chicago, Illinois 60654
(312) 881-5450

*Attorneys for Appellees Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. and Robert Wagstaff, Foreign Representative*

Appellees Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. ("Crédito Real" or the "Debtor") and Robert Wagstaff, the duly-appointed foreign representative (the "Foreign Representative," and, together with Crédito Real, the "Joining Appellees"), by and through their undersigned counsel, respectfully submit this Joinder to the Objection to Motion to Hold Appeal in Abeyance (the "Objection")[1] filed by Appellee Technical Committee (the "Technical Committee") of the Irrevocable Trust of Administration and Source of Payment (the "Mexican Trust"), and in support thereof respectfully state as follows:

**Joinder**

Appellant United States International Development Finance Corporation ("DFC") seeks to hold this appeal in abeyance pending Mexican appellate proceedings that it contends may moot or otherwise affect the appeal. The Joining Appellees respectfully join in the Technical Committee's Objection, and adopt and incorporate the arguments set forth therein. For the reasons set forth in the Technical Committee's Objection and the additional points addressed below, the Motion should be denied.

Abeyance of this appeal is particularly unwarranted because this Court must independently decide the sole issue on appeal here, which is the application of the

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Bankruptcy Code supporting the Bankruptcy Court's decision to recognize and enforce the Concurso Plan in the United States. The Mexican appellate court in DFC's two-year old appeal of the Concurso Plan will not address this U.S. law issue. Notably, DFC chose not to file its abeyance request below and instead proceeded with its appeal of the Bankruptcy Court's Recognition Order before the District Court. The District Court fully addressed the U.S. law issue on appeal and affirmed the Recognition Order. *See Crédito Real, S.A.B. de C.V.*, 677 B.R. 192, 202, 205 (D. Del. 2026). There is no basis to further delay and put on hold DFC's appeal of such U.S. law issue, which is now before this Court.

For these reasons, and for the reasons stated in the Technical Committee's Objection, the Joining Appellees respectfully request that this Court deny the Motion.

*[Remainder of Page Intentionally Left Blank]*

Respectfully Submitted,

By: _/s/ John K. Cunningham_

WHITE & CASE LLP

John K. Cunningham
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200

Jason N. Zakia
300 N. LaSalle Drive
Chicago, Illinois 60654
(312) 881-5450

*Attorneys for Appellees Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. and Robert Wagstaff, Foreign Representative*

## CERTIFICATE OF COMPLIANCE AND BAR MEMBERSHIP

The foregoing filing complies with the relevant type-volume, typeface, and type style requirements of the Federal Rules of Appellate Procedure because it has been prepared using a proportionally spaced typeface, including serifs, in 14-point Times New Roman font using Microsoft Word and includes 344 words, excluding the parts exempted by the Rules.

Pursuant to Local Appellate Rules 28.3(d) and 46.1(e), I hereby certify that I am an active member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

Dated: July 2, 2026

/s/ *John K. Cunningham*
John K. Cunningham

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on July 2, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 2, 2026

/s/ *John K. Cunningham*
John K. Cunningham