UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-108

No. 26-2356

In re: Credito Real, S.A.B. de C.V., SOFOM, E.N.R.,
Debtor

United States International Development Finance Corporation,
Appellant

(D. Del. No. 1:25-cv-00371)

Present: BIBAS and MATEY, *Circuit Judges*

1. Appellant's Motion to Hold Appeal in Abeyance

2. Appellee Technical Committee's Objection to Motion to Hold Appeal in Abeyance

3. Joinder of Credito Real, S.A.B. de C.V., SOFOM, E.N.R. and The Foreign Representative to the Technical Committee's Objection to Motion to Hold Appeal in Abeyance.

4. Appellant's Reply in Support of Motion to Hold Appeal in Abeyance.

Respectfully,
Clerk/tmm

ORDER

The foregoing motion is **DENIED**.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: July 10, 2026
Tmm/cc: All Counsel of Record